UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARLOS HERRERA, on behalf of himself
and all others similarly situated,

        Plaintiff,

-vs-

CHICK-FIL-A., INC,

        Defendant.

**NOTICE OF REMOVAL**

To:    Clerk of the Court
        United States District Court for the District of New Jersey
        Martin Luther King Building & U.S. Courthouse
        50 Walnut Street Room 4015
        Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Chick-fil-A, Inc., incorrectly named Chick-fil-A., Inc in the Complaint, ("Defendant"), by its attorneys, Seyfarth Shaw LLP, hereby removes the action filed by Plaintiff Carlos Herrera ("Plaintiff") identified as *Carlos Herrera v. Chick-fil-A., Inc*, Docket No. HUD-L-002241-23 (the "State Court Action"), from the Superior Court of New Jersey, Hudson County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

**INTRODUCTION**

1. On or about June 23, 2023, Plaintiff filed a Complaint (the "Complaint") against Defendant in the Superior Court of New Jersey, Hudson County. A true and correct copy of the Complaint filed in the State Court Action is attached hereto as "**Exhibit A**".

2. The Complaint pleads a single claim for violation of Title III of the Americans with Disabilities Act ("ADA") – 42 U.S.C. § 12182 *et seq.*

**TIMELINESS OF REMOVAL**

3. Defendant was served in the State Court Action on July 5, 2023.

4. Pursuant to 28 U.S.C. § 1446(b), actions may be removed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

5. Therefore, this action is removable as thirty (30) days have not passed since Defendant became aware of the Complaint.

**GROUNDS FOR REMOVAL**

6. This Court has original jurisdiction over actions involving one or more federal questions. *See* 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts for actions arising under the laws of the United States).

7. Plaintiff's first and only cause of action in the Complaint is for violation of Title III of the ADA—a federal statute codified at 42 U.S.C. §§ 12181, *et seq*. *See* Joseph Vento Decl. at ¶ 4 and Exh. A thereto (Complaint ¶¶ 37-44). This action therefore presents a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

8. Based upon the allegations in the Complaint, and without waiving any challenges with respect to same, venue is proper in this Court because the State Court Action was filed in the Superior Court of New Jersey, Hudson County.

9. As of the below date, no discovery has been issued or commenced in the State Court Action.

## **NOTICE OF FILING OF REMOVAL IN SUPERIOR COURT OF NEW JERSEY**

10. This Notice of Removal is being filed in the United States District Court for the District of New Jersey, because this is the district court in which the State Court Action is pending. 28 U.S.C. § 1441(a).

11. Pursuant to 28 U.S.C. § 1446, Defendant will file written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, with the Clerk of the Superior Court of New Jersey, Hudson County.  Defendant also will serve a copy of the notice filed with the Superior Court of New Jersey on counsel for all adverse parties.

12. By filing this Notice of Removal, Defendant neither admits any factual allegations, nor waives any affirmative defenses and/or preliminary objections that may be available to it.

13. Should any question arise as to the propriety of this removal, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of its position.

**WHEREFORE**, Defendant respectfully requests that the above-referenced civil action proceed in the United States District Court for the District of New Jersey, as an action properly removed to that court.

Respectfully submitted,

SEYFARTH SHAW LLP
*Attorneys for Defendant,*
*Chick-fil-A, Inc.*

By: */s/ Joseph Vento*
    Joseph Vento
    620 Eighth Avenue
    New York, New York 10018
    Tel.: (212) 218-5500

Dated: August 3, 2023

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I certify that, to the best of my knowledge, this matter is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

SEYFARTH SHAW LLP
*Attorneys for Defendant,*
*Chick-fil-A, Inc.*

By: */s/ Joseph Vento*
    Joseph Vento
    620 Eighth Avenue
    New York, New York 10018
    Tel.: (212) 218-5500

Dated: August 3, 2023

## CERTIFICATE OF SERVICE

I, Joseph Vento, hereby certify that on the below date, I caused a true and correct copy of the foregoing Notice of Removal, with exhibits and all accompanying documents, to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, and by Federal Express upon the following counsel for Plaintiff:

Daniel Zemel, Esq.
ZEMEL LAW LLC
660 Broadway
Paterson, New Jersey 07514
*Attorneys for Plaintiff Carlos Herrera*

Respectfully submitted,

/s/ *Joseph Vento*
Joseph Vento, Esq.

Dated: August 3, 2023

96927033v.1