## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | ) Case No: 2:23-cv-04169-BRM-JRA<br>)<br>) STIPULATION OF DISMISSAL |
| Plaintiff, | ) |
| vs. | )<br>) |
| CHICK-FIL-A, INC., | )<br>) |
| Defendant. | ) |

NOW COMES Plaintiff, Carlos Herrera, and Defendant, Chick-Fil-A, Inc. ("Defendant"), by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed against Defendant Chick-Fil-A, Inc., with prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 15th, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Vento | /s/ Daniel Zemel |
| Joseph Vento | Daniel Zemel, Esq. |
| Seyfarth Shaw LLP | Zemel Law LLC |
| 620 Eighth Avenue | 660 Broadway, |
| New York, New York 10018 | Paterson, NJ 07514 |
| Direct: +1-212-218-5548 | Tel: (862) 227-3106 |
| jvento@seyfarth.com | Fax: (973) 282-8603 |
| Attorney for Defendant Chick-Fil-A | Email: dz@zemellawllc.com |
| | Attorney for Plaintiff, Carlos Herrera |

SO ORDERED:

/s/ *Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: 12-18-2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15th, 2023, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.